IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DONELL FRASER                                                                    PETITIONER

V.                                         CASE NO. 2:25CV00226 JM-ERE

C. HUMPHREY, Warden                                                      RESPONDENT

**ORDER**

The Court has received a Recommendation for dismissal filed by United States Magistrate Judge Edie R. Ervin. After careful review of those Findings and Recommendations, the timely objections received, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Mr. Fraser's petition for writ of habeas corpus (Doc. 1) is DISMISSED, WITHOUT PREJUDICE, for lack of subject matter jurisdiction. The Court certifies that an appeal from this Order and the accompanying judgment would not be taken in good faith. The Clerk is directed to close the case.

IT IS SO ORDERED this 9th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE