## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DONELL FRASER**                                                           **PETITIONER**

**V.**                              **CASE NO. 2:25CV00226 JM-ERE**

**C. HUMPHREY, Warden**                                          **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice. The relief sought is denied. The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this judgment

would not be taken in good faith.

IT IS SO ORDERED this 9th day of March, 2026.

_____
James M. Moody Jr
United States District Judge